UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-115-FL-2

UNITED STATES OF AMERICA          )
                                  )
          v.                      )          O R D E R
                                  )
TYRONE LAMONT GILL                )

     Upon motion of the United States, it is hereby ORDERED Docket Entry
Number 53 be sealed until such time as requested to be unsealed by the
United States Attorney.

     It is FURTHER ORDERED that the Clerk provide a signed copy of the
Order to the United States Attorney's Office.

     IT IS SO ORDERED, this the 12th day of December, 2013.


_____
LOUISE W. FLANAGAN
United States District Judge